**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/13/20

Re: *United States v. Ronald Romano*, 20 Cr. 585 (ALC)

Dear Judge Carter:

The Government respectfully writes, with the consent of the above-referenced defendant's counsel, to request an exclusion of time from Speedy Trial Act calculations. On October 27, 2020, a grand jury in this District returned Indictment 20 Cr. 585 (ALC). Your Honor has scheduled an initial pretrial conference for November 16, 2020, at 10:00 a.m. With the consent of defense counsel, the Government requests that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until November 16, 2020. The exclusion of time will enable the Government to commence the production of discovery.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____
Nicholas W. Chiuchiolo
Timothy V. Capozzi
Assistant United States Attorneys
(212) 637-1247 / 2404

cc: Mark Macron, Esq.

**The application is GRANTED. Time excluded. So Ordered.**

*/s/ Andrew L. Carter, Jr.*
10/29/20