USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-13-20_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                **ORDER**
                20-CR-585 ALC)

       -against-

Ronald Romano,

           Defendant(s)
----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Status Conference set for **November 16, 2020** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated: New York, New York
       November 13, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE