**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    **Plaintiff,**

   -against-

RONALD ROMANO,

                    **Defendant.**

-------------------------------------------------------------------- x

20-CR-585 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Status Conference set for **February 2, 2021** at **10:00 a.m.** is converted to a telephone status conference. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **January 29, 2021**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/29/21