```
                                              USDC SDNY
                                              DOCUMENT ELECTRONICALLY
                                              FILED
                                              DOC#: _____
UNITED STATES DISTRICT COURT                  DATE FILED: 2-9-21
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                 Plaintiff,

                          20-CR-585 (ALC)

     -against-

                          **ORDER**

RONALD ROMANO,

                              Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

     A Telephone Status Conference is set for **March 15, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
              February 9, 2021

                                              _____
                                              ANDREW L. CARTER, JR.
                                              United States District Judge