```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                     **Plaintiff,**          :
                                         :    **20-CR-585 (ALC)**
      -against-                        :
                                         :    **ORDER**
RONALD ROMANO,                           :
                                         :
                     **Defendant.**          :
                                         :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Status Conference set for June 24, 2021 at 12:30 p.m. is converted to a Telephone Status Conference.  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**      **New York, New York**
               **June 9, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**