**MEMO ENDORSED**

**MARK A. MACRON**
ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/16/21

Admitted to practice　　　　491 Bard Avenue
in the Courts of New York　Staten Island, New York 10310
and New Jersey　　　　　　Tel: (718) 889-3582
　　　　　　　　　　　　　Fax: (718) 889-3584
　　　　　　　　　　　　　mark@macronesq.com

June 10, 2021

Honorable Andrew L. Carter, Jr.
US District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:　US v. Ronald Romano, 1:20-cr-00585-ALC
　　　Defendant's Request to Travel to Connecticut

Dear Judge Carter,

I represent Ronald Romano. Mr. Romano seeks permission to attend his aunt's funeral services in Norwalk, Connecticut. Mr. Romano's movement is currently restricted to the Southern and Eastern Districts of New York and the District of New Jersey.

I am informed by Mr. Romano that his aunt, Florence Romano, who resided at 1 Woodchuck Court West, Norwalk, CT 06854, passed away on June 9, 2021, in Norwalk, Connecticut. The wake will be held on June 16, 2021, at Magner Funeral Home, located at 12 Mott Avenue, Norwalk, CT 06850. The funeral mass will be held on June 17, 2021, at St. Matthew Church, located at 216 Scribner Avenue, Norwalk, CT 06854.

In addition to being allowed to go to the above services, Mr. Romano asks that he be allowed to travel back and forth to the District of Connecticut between June 11, 2021 and June 30, 2021 to attend to his aunt's affairs. Earlier today, I spoke by telephone with Officer Dayshawn Bostic, and he informed me that Pretrial Services did not oppose this request.

Your Honor's consideration to this request is greatly appreciated.

Respectfully submitted,

/S/

Mark A. Macron

cc:　Nicholas.Chiuchiolo@usdoj.gov; Timothy.Capozzi@usdoj.gov
　　　Dayshawn_Bostic@nyspt.uscourts.gov

The application is **GRANTED**.
So Ordered.

_/s/ Andrew L. Carter_  6/15/21