**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/21

# MARK A. MACRON
### ATTORNEY AT LAW

_____

| Admitted to practice | 491 Bard Avenue |
| in the Courts of New York | Staten Island, New York 10310 |
| and New Jersey | Tel: (718) 889-3582 |
| | Fax: (718) 889-3584 |
| | mark@macronesq.com |

June 22, 2021

Honorable Andrew L. Carter, Jr.
US District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   US v. Ronald Romano, 1:20-cr-00585-ALC
       Defendant's Request to Adjourn the 6/24/2021 Status Conference

Dear Judge Carter,

I represent Ronald Romano. A status conference by telephone is scheduled for this Thursday, June 24, 2021, at 12:30 PM. Respectfully, it is requested that this conference be adjourned for a period of sixty days. Such an adjournment period is necessary for the defendant to continue a review of the voluminous number of emails, electronic correspondence, and other documents produced in discovery, consisting of millions of pages. AUSA Nicholas Chiuchiolo, in a separate writing, has stated that the Government has no objection to this adjournment request.

As this is a defense request, the period of adjournment should not be charged to the Government under the Speedy Trial Act 18 USC 3161 (h)(7)(A). It is respectfully submitted that granting this request for an adjournment for the reasons herein serve the ends of justice, and without such adjournment, the undersigned would not have an adequate opportunity to meaningfully review the discovery materials provided by the Government and effectively prepare, which could result in a miscarriage of justice. 18 USC 3161(h)(7)(B)(i), (iv).

Your Honor's consideration to this request is greatly appreciated.

Respectfully submitted,

/S/

Mark A. Macron

cc:   Nicholas.Chiuchiolo@usdoj.gov; Timothy.Capozzi@usdoj.gov

The application is **GRANTED**. Telephone Status Conference adjourned to 8/24/21 at 12:00 p.m. Time excluded from 6/24/21 to 8/24/21 in the interest of justice.
So Ordered.

*[signature]* 6/22/21