**MEMO ENDORSED**

**MARK A. MACRON**
**ATTORNEY AT LAW**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/2/21

| | |
|---|---|
| **Admitted to practice** | 491 Bard Avenue |
| in the Courts of New York | Staten Island, New York 10310 |
| and New Jersey | Tel: (718) 889-3582 |
| | Fax: (718) 889-3584 |
| | mark@macronesq.com |

July 2, 2021

Honorable Andrew L. Carter, Jr.
US District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: US v. Ronald Romano, 1:20-cr-00585-ALC
Defendant's Request to Travel to Connecticut

Dear Judge Carter,

I represent Ronald Romano. On June 16, 2021, Your Honor granted Mr. Romano permission to travel to the District of Connecticut to attend funeral services and related matters. Said permission expired June 30, 2021.

Mr. Romano now requests that Your Honor extend permission for him to travel to the District of Connecticut so that he may continue to attend to his aunt's estate matters. It is requested that this permission be granted until August 31, 2021.

On July 1, 2021, in separate emails to me, AUSA Nicholas Chiuchiolo and Officer Dayshawn Bostic of Pretrial Services, state that the Government has no objection to the request now made before Your Honor.

Your Honor's consideration to this request is greatly appreciated.

Respectfully submitted,

/S/

Mark A. Macron

cc: Nicholas.Chiuchiolo@usdoj.gov; Timothy.Capozzi@usdoj.gov
Dayshawn_Bostic@nyspt.uscourts.gov

The application is **GRANTED.**
So Ordered.

*Andrew L. Carter* 7/2/21