UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-24-21

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

      Plaintiff,

 -against-

RONALD ROMANO,

      Defendant.

------------------------------------------------------------ x

20-CR-585 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  A telephone status conference is set for **August 24, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:  New York, New York
     August 23, 2021

            _____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**