**MARK A. MACRON**
ATTORNEY AT LAW
_____

| | | |
|---|---|---|
| **Admitted to practice** | 491 Bard Avenue | |
| in the Courts of New York | Staten Island, New York 10310 | |
| and New Jersey | Tel: (718) 889-3582 | |
| | Fax: (718) 889-3584 | |
| | mark@macronesq.com | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/16/21

September 16, 2021

Honorable Andrew L. Carter, Jr.
US District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:  US v. Ronald Romano, 1:20-cr-00585-ALC
     Defendant's Request to Travel to Connecticut

Dear Judge Carter,

I represent Ronald Romano. On June 16, 2021, Your Honor granted Mr. Romano permission to travel to the District of Connecticut to attend his aunt's funeral services and related matters. Said permission expired June 30, 2021. On July 2, 2021, Your Honor extended permission for him to travel to the District of Connecticut to attend to his aunt's estate matters. Said permission expired on August 31, 2021.

Mr. Romano now requests that Your Honor extend permission for him to continue to travel to the District of Connecticut to further attend to his aunt's estate matters. It is requested that this permission be extended until November 30, 2021.

On September 8, 2021, AUSA Nicholas Chiuchiolo stated to me by email that the Government had no objection to the request now made before Your Honor. On September 16, 2021, Officer Dayshawn Bostic of Pretrial Services stated in an email to me that he too had no objection to the request now made.

Your Honor's consideration to this request is greatly appreciated.

Respectfully submitted,

/S/

Mark A. Macron

cc:  Nicholas.Chiuchiolo@usdoj.gov; Timothy.Capozzi@usdoj.gov
     Dayshawn_Bostic@nyspt.uscourts.gov

The application is **GRANTED**.
So Ordered.

*[signature: Andrew L. Carter, Jr.]*
9/16/21