# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

November 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/8/21__

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. Ronald Romano*, Case No. 20-cr-00585

Dear Judge Carter:

On Tuesday, November 2, 2021, I filed a notice of appearance in the above-captioned matter. *See* Dkt. No. 40. At the status conference held August 24, 2021, Your Honor set a briefing schedule that orders the government to respond to Mr. Romano's motions no later than November 15, 2021. I write to request that the current briefing schedule be held in abeyance so that the parties can have discussions about a possible resolution of this matter prior to the government responding to the recently-filed motions by Mr. Romano. The government consents to this request. Therefore, I respectfully request that the current briefing schedule be held in abeyance and a revised schedule set, if necessary, at the next status conference scheduled for December 14, 2021. I am available at Your Honor's convenience if there are any questions or if further information is required.

Respectfully submitted,

*/s/ Todd Blanche*

Todd Blanche

cc: Nicholas W. Chiuchiolo
    Timothy V. Capozzi

The application is granted. Joint status report due 12/14/21.
So Ordered.

*[signature: Andrew L. Carter]*
11/8/21