**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/10/21__

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**                              :
                                                          :
                                    **Plaintiff,**        :
                                                          :        **20-CR-585 (ALC)**
                     **-against-**                        :
                                                          :        **ORDER**
**RONALD ROMANO,**                                        :
                                                          :
                                    **Defendant.**        :
                                                          :
----------------------------------------------------------------- :
                                                                  x

**ANDREW L. CARTER, JR., District Judge:**

     A telephone status conference is set for **December 14, 2021** at **3:30 p.m.**  The parties

should contact the Court at 1-888-363-4749 on the date and time specified above and once

prompted, should dial access code 3768660.

**SO ORDERED.**


**Dated:**      **New York, New York**
               **December 10, 2021**


                              _____
                               **ANDREW L. CARTER, JR.**
                               **United States District Judge**