**MEMO ENDORSED**

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

December 13, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/13/21

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Ronald Romano*, Case No. 20-cr-00585

Dear Judge Carter:

     The next status conference in the above-captioned matter is scheduled for Tuesday, December 14, 2021. The parties continue to have discussions about a possible resolution of this matter, but we have not yet reached a disposition. I am writing to respectfully request that the conference currently scheduled for tomorrow, December 14, 2021 at 3:30 p.m., be adjourned for approximately thirty days. Mr. Romano consents to the exclusion of time between now and the next scheduled conference. The government does not object to this request. I am available at Your Honor's convenience if there are any questions or if further information is required.

     Respectfully submitted,

*Todd Blanche*

Todd Blanche

cc: Nicholas W. Chiuchiolo
    Timothy V. Capozzi

The application is **GRANTED.** The telephone status conference is adjourned to 1/19/22 at 12 p.m. Time excluded from 12/14/21 to 1/19/22 in the interest of justice.
So Ordered.

*[signature: Andrew L. Carter]*

12/13/21