```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-18-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                     **Plaintiff,**

     -against-                        20-CR-585 (ALC)

RONALD ROMANO,                   **ORDER**

                     **Defendant.**

-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 19, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
            January 18, 2022

                                        */s/ Andrew L. Carter, Jr.*
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**