# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____1/19/22_____

January 18, 2022

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Ronald Romano*, Case No. 20-cr-00585

Dear Judge Carter:

I represent Mr. Romano, and I write to request one final adjournment to the pre-trial conference scheduled for tomorrow, January 19, 2022. We are finalizing a written misdemeanor request to submit to the government by Friday, January 21, 2022, and respectfully request that the Court schedule the next pre-trial conference at a convenient time in approximately 30 days. Mr. Romano consents to the exclusion of time between now and the next scheduled conference. The government does not object to this request. I am available at Your Honor's convenience if there are any questions or if further information is required.

Respectfully submitted,


*Todd Blanche*_____

Todd Blanche

cc: Nicholas W. Chiuchiolo
    Timothy V. Capozzi

The application is **GRANTED.** The telephone status conference is adjourned to 2/23/22 at 12:00 p.m. Time excluded from 1/19/22 to 2/23/22 in the interest of justice.
So Ordered.

1/19/22