UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

RONALD ROMANO,

                Defendant.

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/10/22__

20-CR-585 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Telephone Status Conference set for **February 23, 2022** is adjourned to **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:      **New York, New York**
              **February 10, 2022**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**