# C A D W A L A D E R

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/1/22__

March 31, 2022

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     <u>United States v. Ronald Romano</u>, Case No. 20-cr-00585

Dear Judge Carter:

      I represent Mr. Romano, and I write to request a 30-day adjournment of the pre-trial conference scheduled for Tuesday, April 5, 2022 at 2:00 p.m.  The reason for this request is that the government is still considering Mr. Romano's misdemeanor request, and we anticipate this internal process concluding in advance of the next conference.  Mr. Romano consents to the exclusion of time between now and the next scheduled conference.  The government joins in this request.  I am available at Your Honor's convenience if there are any questions or if further information is required.

      Respectfully submitted,

      */s/ Todd Blanche*

      Todd Blanche

cc: Nicholas W. Chiuchiolo
    Timothy V. Capozzi

The application is **GRANTED**.  The telephone status conference is adjourned to 5/5/22 at 11:30 a.m.  The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.  Time excluded from 4/5/22 to 5/5/22 in the interest of justice.
So Ordered.

*[signature] 4/1/22*