# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

April 28, 2022

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Ronald Romano*, Case No. 20-cr-00585

Dear Judge Carter:

I represent Mr. Romano in this matter.  The parties have reached an agreement on a pre-trial resolution to this matter and thus, I respectfully request that the Court schedule a change of plea hearing for May 17, 2022 at 12:00 p.m., a date provided by the Court.  Given the anticipated disposition, the parties jointly request that the pre-trial conference scheduled for Thursday, May 5, 2022 be adjourned.  Mr. Romano intends to plead guilty to Count Three of the above-referenced Indictment pursuant to a written plea agreement.  Mr. Romano consents to the exclusion of time between May 5, 2022 and the next scheduled conference.  The government joins in this request.

I am available at Your Honor's convenience if there are any questions or if further information is required.

Respectfully submitted,

*/s/ Todd Blanche*

Todd Blanche

cc: AUSA Nicholas W. Chiuchiolo

C A D W A L A D E R

Hon. Andrew L. Carter, Jr.
April 28, 2022

AUSA Timothy V. Capozzi