UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  -against-<br><br>RONALD ROMANO,<br><br>          Defendant. | Case No.: 20-cr-00585 (ALC)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __6/8/22__ |

## ORDER REGARDING MODIFICATION TO BAIL DISPOSITION

**ANDREW L. CARTER, JR., District Judge:**

  WHEREAS, an Order Setting Conditions of Temporary Release and Bail Disposition was entered in the above action on May 26, 2020, ordering that the Defendant be released on a secured bail bond of $200,000, subject to several conditions (Dkt. 3); and

  WHEREAS, the government secured this bond with the sureties of the Defendant's wife, Lisa Romano and brother, John Romano;

  WHEREAS, the Defendant surrendered his passport to the Pretrial Services Department to assure his continued appearance in Court;

  WHEREAS, the Defendant agreed to remain within the geographic range of the United States District Courts for the Eastern and Southern Districts of the New York and the District of New Jersey except for travel with prior approval from the Pretrial Services Department; and

  WHEREAS, on May 31, 2022, the Defendant pled guilty to count three of the Indictment against him:

  IT IS HEREBY ORDERED THAT

1)  The Defendant's Conditions of Temporary Release and Bail Disposition are amended to require $25,000 of United States Currency as security;

2)  Following the deposit of the $25,000 in United States Currency, the Defendant is permitted to travel from the United States to Italy on or about July 12, 2022, and ordered to return on or about July 29, 2022;

3)  The Defendant's travel restrictions are amended to allow travel to Connecticut, Pennsylvania, Delaware, Maryland, Massachusetts, Florida and the District of Columbia without prior approval from the Pretrial Services Department;

4)  Pretrial Services are directed to release the Defendant's passport to his counsel, Todd Blanche or Elizabeth Moore; and

IT IS FURTHER ORDERED THAT the Defendant is ordered to surrender his passport back to the Pretrial Services Department within 48 hours of his return from Italy.

**SO ORDERED.**

**Dated:** New York, New York
June __8__, 2022

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**