MEMO ENDORSED

# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

October 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-27-22

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Ronald Romano*, Case No. 20-cr-00585

Dear Judge Carter:

I represent Ronald Romano in the above referenced matter. Mr. Romano was sentenced by Your Honor on September 15, 2022 and judgement was entered on September 20, 2022. Mr. Romano is on probation and being supervised by the District of New Jersey, where he resides. For these reasons, we respectfully request that the Court authorize the pre-trial office to release Mr. Romano's passport, which was possessed as a condition of his supervised release, to either of his attorneys, myself or Elizabeth Moore, Esq., so that we may return it to him. The Government has no objection to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Todd Blanche

Todd Blanche

The application is  ✓ granted.
                    ☐ denied.

/s/ Andrew L. Carter Jr.
Andrew L. Carter Jr, U.S.D.J.
Dated: October 27, 2022
NY, New York

Todd Blanche   Tel +1 212 504-6226   Fax +1 212 504-6666   todd.blanche@cwt.com